# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00685ACK-BMK

CASE NAME:        Chan v. Fukino

ATTYS FOR PLA:    Louis Erteschik

ATTYS FOR DEFT:   Diane Taira, Susan Kern, Martha Im

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 2/28/2006 | TIME: | 10 - 10:35 |

COURT ACTION:  EP: Further Settlement Conference held.  Further Settlement Conference set for 3-21-06 @ 11 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager