IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher;<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHIYOME L. FUKINO, in her capacity as Director of the Department of Health of the State of Hawaiʻi ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division, Department of Health of the State of Hawaiʻi; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the State of Hawaiʻi;<br><br>　　　　　　　　　Defendants. | CIVIL NO. 04-00685 ACK-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _July 17, 2006_, a copy of the foregoing was duly served on the following people by the method(s) indicated:

HAWAII DISABLITY RIGHTS CENTER
LOUIS ERTESCHIK, ESQ.
900 Fort Street, Suite 1400
Honolulu, Hawaii 96813

Attorneys for Plaintiff

[X] mailed via U.S. Mail, postage pre-paid,
[ ] sent by facsimile transmission,
　　　Time:

195225_1.DOC

DATED: Honolulu, Hawaii, _July 17, 2006_.

_____
SUSAN R. KERN
Deputy Attorneys General
for Defendants

195225-1