MARK J. BENNETT   2672
Attorney General of Hawaii

HEIDI M. RIAN   3473
MARTHA IM   5682
SUSAN R. KERN   6413
Deputy Attorneys General
Department of the Attorney General,
State of Hawaii
Kekuanaoa Building, Room 200
465 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 587-3050
Facsimile: (808) 587-3077
E-mail:   heidi.m.rian@hawaii.gov
          martha.im@hawaii.gov
          susan.r.kern@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher;<br><br>          Plaintiff,<br><br>vs.<br><br>CHIYOME L. FUKINO, in her capacity as Director of the Department of Health of the State of Hawaiʻi ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division, Department of Health of the State of Hawaiʻi; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the State of Hawaiʻi;<br>          Defendants. | CIVIL NO. 04-00685 ACK-BMK<br><br>DEFENDANTS' EX PARTE APPLICATION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM; MEMORANDUM OF LAW; DECLARATION OF SUSAN R. KERN; DECLARATION OF MARY ISLEY; DECLARATION OF LOIS LEE; EXHIBITS A-P; DECLARATION OF SUSAN R. KERN<br><br>(NO TRIAL DATE) |

DEFENDANTS' EX PARTE APPLICATION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM; MEMORANDUM OF LAW; DECLARATION OF SUSAN R. KERN; DECLARATION OF MARY ISLEY; DECLARATION OF LOIS LEE; EXHIBITS A-P

Defendants, by and though their attorneys, Mark J. Bennett, Attorney General and Heidi M. Rian, Martha C. Im, and Susan R. Kern, Deputy Attorneys General, hereby apply to this Honorable Court for an Order granting this Ex Parte Application to File Defendants' Ex Parte Application to File Under Seal Defendants' Motion for Appointment of Guardian Ad Litem; Memorandum of Law; Declaration of Susan R. Kern; Declaration of Mary Isley; Declaration of Lois Lee, Exhibits A-P.

This motion is made pursuant to Rule 7(c), Federal Rules of Civil Procedure and Rule 7.2 of the rules of the United States District Court for the District of Hawaii, and is supported by the attached declaration, the files and records herein, and additional matters that may be presented prior to the adjudication of this motion, all of which are incorporated herein by this reference.

DATED: Honolulu, Hawaii, _____July 19_____, 2006.

MARK J. BENNETT
Attorney General
STATE OF HAWAII

_____
SUSAN R. KERN
Deputy Attorneys General
For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher;  )<br>)<br>)<br>Plaintiff,    )<br>)<br>vs.        )<br>)<br>CHIYOME L. FUKINO, et al.,   )<br>)<br>Defendants.   )<br>_____) | CIVIL NO. 04-00685 ACK-BMK<br><br>DECLARATION OF SUSAN R. KERN |

DECLARATION OF SUSAN R. KERN

I, SUSAN R. KERN, do hereby declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii and the United States District Court for the District of Hawaii. I am a member in good standing of all of the aforementioned courts.

2. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

3. I am a Deputy Attorney General and one of the attorneys assigned to this case.

4. I intend to file Defendants' Motion for Appointment of Guardian Ad Litem referencing Plaintiff's medical and psychological history, and attaching copies of medical and psychological records of Plaintiff.

5. Although Plaintiff is a party to the action, through her guardian, Mary Gallagher, Declarant is concerned that disclosure of Plaintiff's medical and psychological information and records may invade Plaintiff's privacy.

6. Plaintiff has not consented to the disclosure of the information and records sought to be filed under seal.

7. Based on information and belief, Defendants' position is that the information and records are not public documents.

8. Defendants seek to file the motion under seal to prevent the disclosure of information contained in the information and records as well as preserve the confidentiality of Plaintiff's records.

9. Defendants believe that in order to resolve the mattters at issue in this lawsuit, it is necessary to file and serve the Motion under seal in accordance with the proposed Order attached to this application.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _July 19_, 2006.

_____
SUSAN R. KERN