IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher; | CIVIL NO. 04-00685 ACK-BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| CHIYOME L. FUKINO, et al., | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the methods of service noted below, a true and correct copy of the foregoing was duly served upon the following at their last known addresses:

**Served electronically through CM/ECF:**

Susan.R.Kern@hawaii.gov
louis@hawaiidisabilityrights.org

**Served by first class mail:**

Paula Gallagher
1450 Young St., Apt. 1206
Honolulu, Hawaii 96814

Co-Guardian of Plaintiff

DATED: Honolulu, Hawaii, _July 19_, 2006.

_____
SUSAN R. KERN
Deputy Attorneys General
For Defendants