MARK J. BENNETT          2672
Attorney General of Hawai`i

HEIDI M. RIAN            3473
MARTHA C. IM             5682
SUSAN R. KERN            6413
Deputy Attorneys General
465 South King Street, Room 200
Honolulu, Hawai`i 96813
Telephone: 808-587-3050
Facsimile: 808-587-3077
Susan.R.Kern@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher,<br><br>Plaintiff,<br><br>vs.<br><br>CHIYOME L. FUKINO, in her capacity as Director of Health of the State of Hawai`i ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the State of Hawaii,<br><br>Defendants. | CIVIL NO. CV04-00685 ACK/BMK<br><br>CERTIFICATE OF SERVICE<br>(Defendants' Notice of Taking Deposition Upon Oral Examination (Mary Gallagher))<br><br><br><br>No Trial Date Set |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 19, 2006, a true and correct copy of Defendants' Notice of Taking Deposition Upon Oral Examination (Mary Gallagher) was served via U.S. mail, postage prepaid on the following individual:

> Louis Erteschik, Esq.
> 900 Fort Street, Suite 1400
> Honolulu, Hawai`i  96813
>
> Attorney for Plaintiff
>
> Paula Gallagher
> 1450 Young St., Apt. 1206
> Honolulu, Hawai`i  96814
>
> Co-Guardian of Plaintiff

DATED:      Honolulu, Hawai`i, July 19, 2006.


_____
SUSAN R. KERN
Deputy Attorney General