# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00685ACK-BMK |
| CASE NAME: | Mary Beth Chan, etc. vs. Chiyomi L. Fukino, et al. |
| ATTYS FOR PLA: | Louis Erteschik |
| ATTYS FOR DEFT: | Susan R. Kern<br>Martha C. Im |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers-No Record |
| DATE: | 7/21/2006 | TIME: | 10:00-11:00 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager