MARK J. BENNETT          2672
Attorney General of Hawai`i

HEIDI M. RIAN            3473
MARTHA C. IM             5682
SUSAN R. KERN            6413
Deputy Attorneys General
465 South King Street, Room 200
Honolulu, Hawai`i 96813
Telephone: 808-587-3050
Facsimile: 808-587-3077
Susan.R.Kern@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher, | CIVIL NO. CV04-00685 ACK/BMK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE (Defendants' First Amended Notice of Taking Deposition Upon Oral Examination (Mary Gallagher)) |
| vs. | |
| CHIYOME L. FUKINO, in her capacity as Director of Health of the State of Hawai`i ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the State of Hawaii, | No Trial Date Set |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2006, a true and correct copy of Defendants' First Amended Notice of Taking Deposition Upon Oral Examination (Mary Gallagher) was served via U.S. mail, postage prepaid on the following individuals:

> Louis Erteschik, Esq.
> 900 Fort Street, Suite 1400
> Honolulu, Hawai'i   96813
>
> Attorney for Plaintiff
>
> Paula Gallagher
> 1450 Young St., Apt. 1206
> Honolulu, Hawai'i   96814
>
> Co-Guardian of Plaintiff

DATED:   Honolulu, Hawai'i, July 21, 2006.

*[signature]*

SUSAN R. KERN
Deputy Attorney General

2