MARK J. BENNETT      2672
Attorney General of Hawaii

HEIDI M. RIAN         3473
MARTHA IM             5682
SUSAN R. KERN         6413
Deputy Attorneys General
Department of the Attorney General,
State of Hawaii
Kekuanaoa Building, Room 200
465 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 587-3050
Facsimile: (808) 587-3077
E-mail:   heidi.m.rian@hawaii.gov
          martha.im@hawaii.gov
          susan.r.kern@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher;<br><br>            Plaintiff,<br><br>     vs.<br><br>CHIYOME L. FUKINO, in her capacity as Director of the Department of Health of the State of Hawaiʻi ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division, Department of Health of the State of Hawaiʻi; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the | CIVIL NO. 04-00685 ACK-BMK<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM; |

| | | |
|---|---|---|
| State of Hawaiʻi; | ) | |
| Defendants. | ) | (NO TRIAL DATE) |
| | ) | |
| | ) | |

Defendants, having applied ex parte to this Court for an order allowing them to file under seal Defendants' Motion for Appointment of Guardian Ad Litem; Memorandum of Law; Declaration of Susan R. Kern; Declaration of Mary Isley; Declaration of Lois Lee, Exhibits A-P, and upon review of their Application and the supporting Declaration of counsel, it appears that good cause exists;

IT IS HEREBY ORDERED that Defendants' Application shall be and is hereby GRANTED and the Motion shall be filed under seal.

DATED: Honolulu, Hawaii, July 21, 2006.



_____
Alan C. Kay
Sr. United States District Judge

_____
Mary Beth Chan, by and through her legal guardian, Mary Gallagher, Civil No. 04-00685 ACK-BMK;  ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM; MEMORANDUM OF LAW; DECLARATION OF SUSAN R. KERN; DECLARATION OF MARY ISLEY; DECLARATION OF LOIS LEE; EXHIBITS A-P