# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00685ACK-BMK |
| CASE NAME: | Chan v. Fukino |
| ATTYS FOR PLA: | Louis Erteschik |
| ATTYS FOR DEFT: | Susan R. Kern, Martha C. Im |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 09/26/2006 | TIME: | 1:30 - 2:10 |

COURT ACTION:  EP: Further Settlement Conference/Status Conference held. Further Settlement Conference 10/25/06 @ 2 p.m., BMK.

Submitted by Richlyn Young, Courtroom Manager