ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at 9 o'clock and ~~30~~ min. A M
SUE BEITIA, CLERK

LODGED

JAN 2 4 2007
3:05 pm A
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**MARK J. BENNETT**  2672
Attorney General of Hawai`i

HEIDI M. RIAN       3473
MARTHA C. IM        5682
SUSAN R. KERN       6413
Deputy Attorneys General
465 South King Street, Room 200
Honolulu, Hawai`i 96813
Telephone: 808-587-3050
Facsimile: 808-587-3077
Susan.R.Kern@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARY BETH CHAN, by and through her legal guardian, Mary Gallagher,<br><br>Plaintiff,<br><br>vs.<br><br>CHIYOME L. FUKINO, in her capacity as Director of Health of the State of Hawai`i ; THOMAS W. HESTER, in his capacity as Chief of the Adult Mental Health Division; and LILLIAN B. KOLLER, in her capacity as Director of the Department of Human Services of the State of Hawaii,<br><br>Defendants. | CIVIL NO. CV04-00685 ACK/BMK<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE and ORDER<br><br><br><br><br><br><br><br><br><br>No Trial Date Set |

# STIPULATION FOR DISMISSAL OF
# ALL CLAIMS AND PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, that all claims that have been brought or could have been brought by Plaintiff against Defendant in the above-entitled action be and hereby are dismissed with prejudice, each party to bear its own costs.

This stipulation for dismissal is based on Rule 41 of the Federal Rules of Civil Procedure. This stipulation is signed by all parties in this action. There are no other parties and/or issues remaining to be resolved or dealt with in the case.

DATED: Honolulu, Hawaii, January 24, 2007.

_____
LOUIS ERTESCHIK.

Attorney for Plaintiff
MARY BETH CHAN, by and through her legal guardian, Mary Gallagher

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

_____
SUSAN R. KERN
Deputy Attorney General

Attorney for Defendants

---

*STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE*; Chan v. Fukino, et al., Civil No. 04-00685, United States District Court for the District of Hawaii

205170-1